No. 16,743.

McNeal v. The People.
(242 P. [2d] 819)

Decided March 31, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Messrs. Dickerson, Morrissey & Zarlengo, for plaintiff in error.

Mr. Duke W. Dunbar, Attorney General, Mr. H. Lawrence Hinkley, Deputy, Mr. Norman H. Comstock, for the people.